## ROGERS *v.* HENNEPIN COUNTY.

APPEAL FROM THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF MINNESOTA.

No. 411.  Argued December 6, 1915.—Decided January 17, 1916.

In an action brought by a number of complainants to restrain the
collection of a tax separately assessed against each for under forty
dollars, the aggregate exceeding the jurisdictional amount, *held* that
the District Court did not have jurisdiction, as the amount as to
each complainant was the sum charged against him, and demands
against all could not be aggregated in order to confer jurisdiction.
*Wheless* v. *St. Louis*, 180 U. S. 379.

THE facts, which involve the method of determining
the amount in controversy in order to give jurisdiction to
the District Court, are stated in the opinion.

*Mr. H. V. Mercer* for appellants.

*Mr. Lyndon A. Smith*, Attorney General of the State of
Minnesota, with whom *Mr. William J. Stevens* and *Mr.
John M. Rees* were on the brief, for appellees.

MR. JUSTICE McREYNOLDS delivered the opinion of the
court.

Three complainants, claiming to represent themselves
and others like situated (numbering altogether 550), in-
stituted this proceeding in equity against Hennepin
County, Minnesota, and certain of its officers, in the Dis-
trict Court of the United States, seeking an injunction to
prevent collection of a tax under forty dollars assessed
against each of them, for the year 1913, on account of
his membership in the Minneapolis Chamber of Commerce.

Defendants challenged the court's power to entertain the cause upon the ground that the amount in controversy as to each complainant is the sum charged against him and demands against all cannot be aggregated in order to confer jurisdiction. The District Court sustained this objection upon authority of *Wheless* v. *St. Louis,* 180 U. S. 379, and dismissed the bill. It committed no error in so doing, and its judgment is

*Affirmed.*